# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRANDON WALLACE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:25-cv-03040-SHL-tmp |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND TO MAIL FORMS**
**AND**
**ORDER DIRECTING PETITIONER TO FILE AN <u>IN</u> <u>FORMA</u> <u>PAUPERIS</u> AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE HABEAS FILING FEE AND TO FILE AN AMENDED PETITION ON THE OFFICIAL FORM**

On November 14, 2025, Petitioner Brandon Wallace, Tennessee Department of Correction ("TDOC") prisoner number 501918[1], who is incarcerated at the Shelby County Correctional Center in Memphis, Tennessee, filed a pro se petition under 28 U.S.C. § 2241. (ECF No. 2.)   Wallace failed to pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) <u>or</u> submit an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and a certified copy of his inmate trust fund account statement.[2]

The Clerk is **DIRECTED** to mail Wallace along with this Order: (1) a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) and (2) a copy of the form for a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (AO 242).

---

[1] The Clerk is **DIRECTED** to correct the TDOC prisoner number on the docket to 501918. (<u>See</u> ECF Nos. 2 at PageID 2; 2-1 at PageID 6.)

[2] On November 14, 2025, the Clerk mailed Wallace a docket sheet, the form for a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2242 (AO 242), and an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

Wallace is **ORDERED** to pay the $5.00 habeas corpus filing fee or submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) demonstrating his indigency, and a certified inmate trust fund account statement for the last six months, no later than **thirty days** from the date of entry of this Order.[3]

The Court uses the form for Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (AO 242).  Because Wallace has not provided the information required, Petitioner is **DIRECTED** to file an amended petition on the official form no later than **thirty days** from the date of this Order.

Wallace is **ORDERED** to notify the Court immediately, in writing, of any change of address.  If Wallace fails to abide by this requirement or any other requirement of this Order in a timely manner, the Court may, without further notice, impose appropriate sanctions, up to and including dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**, this 3rd day of December, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

---

[3] Wallace is advised that if his inmate trust account had a balance of at least $25.00 on the date his petition was filed, an application to proceed in forma pauperis will be denied.