# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRANDON WALLACE, | ) |
|     Petitioner, | ) |
| v. | )    No. 2:25-cv-03040-SHL-tmp |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Brandon Wallace's Petition (ECF No. 2), filed November 14, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing § 2241 Petition Without Prejudice for Failure to Prosecute, Denying a COA, and Denying Leave to Proceed *In Forma Pauperis* on Appeal (ECF No. 5), filed January 21, 2026, all claims by Petitioner against Respondent are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 23, 2026
Date